# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BOWFIN KEYCON HOLDINGS, LLC; CHIEF POWER FINANCE II, LLC; CHIEF POWER TRANSFER PARENT, LLC; KEYCON POWER HOLDINGS, LLC; GENON HOLDINGS, INC.; PENNSYLVANIA COAL ALLIANCE; UNITED MINE WORKERS OF AMERICA; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS; AND INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIP BUILDERS, BLACKSMITHS, FORGERS AND HELPERS | : | No. 84 MAP 2022 |
| v. | : | |
| PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION AND PENNSYLVANIA ENVIRONMENTAL QUALITY BOARD | : | |
| APPEAL OF: CONSTELLATION ENERGY CORPORATION AND CONSTELLATION ENERGY GENERATION, LLP, | : | |
| Possible Intervenors | : | |

## ORDER

**PER CURIAM**

**AND NOW,** this 12th day of October, 2022, the Notice of Appeal is **QUASHED**. *See* Pa.R.A.P. 501 (allowing an aggrieved party to file an appeal); *In re Barnes Foundation*, 871 A.2d 792, 795 (Pa. 2005) (holding that the failure to secure intervenor status forecloses the ability to file a cognizable appeal).

The Motion to Quash is **DISMISSED** as moot.